IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JULIE TANSEY,<br><br>    Plaintiff,<br><br>vs.<br><br>MARRIOTT HOTEL SERVICES, INC., JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10 AND DOE ENTITIES 1-10,<br><br>    Defendants. | CIVIL NO. 19-00231 JAO-WRP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT DEFENDANT MARRIOTT HOTEL SERVICES, INC.'S PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT |

## ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT DEFENDANT MARRIOTT HOTEL SERVICES, INC.'S PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT

Findings and Recommendation having been filed and served on all parties on March 10, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Defendant Marriott Hotel Services, Inc.'s Petition for Determination of Good Faith Settlement," ECF No. 33, is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, March 27, 2020.

Jill A. Otake
United States District Judge

CIVIL NO. 19-00231 JAO-WRP; *Tansey v. Marriott Hotel Servs., Inc., et al.*; FINDINGS AND RECOMMENDATION TO GRANT DEFENDANT MARRIOT SERVICES, INC.'S PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT